**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7519**

JAVAN MOORE,

    Plaintiff - Appellant,

  v.

JOHN DOE, unknown employee of the South Carolina Department
of Corrections,

    Defendant – Appellee,

   and

DEPARTMENT OF CORRECTIONS,

    Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Margaret B. Seymour, District
Judge.  (4:06-cv-03167-MBS)

Submitted:  July 30, 2009    Decided:  August 3, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Javan Moore, Appellant Pro Se. Bradford Cary Andrews, Samuel F.
Arthur, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA,
Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javan Moore appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moore v. Doe, No. 4:06-cv-03167-MBS (D.S.C. July 21, 2008). We deny Moore's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED